IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kimble, Karen D

Printed: 10/22/08

Case Number: 07 B 20733
Judge: Wedoff, Eugene R
Filed: 11/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 4, 2008
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,580.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,477.30 |
| Trustee Fee: |  | 102.70 |
| Other Funds: |  | 0.00 |
| Totals: | 1,580.00 | 1,580.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 1,477.30 |
| 2. | Internal Revenue Service | Priority | 12,283.87 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 2,963.07 | 0.00 |
| 4. | Plains Commerce Bank | Unsecured | 51.80 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 58.37 | 0.00 |
| 6. | Worldwide Asset Purchasing LLC | Unsecured | 65.46 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 78.24 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 63.82 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 38.72 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 42.66 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 333.49 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 50.00 | 0.00 |
| 13. | Lakeside Collection | Unsecured | 11.59 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 44.47 | 0.00 |
| 15. | CB Accounts | Unsecured |  | No Claim Filed |
| 16. | Lerners | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Citizens Financial Services | Unsecured |  | No Claim Filed |
| 19. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | Genesis Clinical Lab | Unsecured |  | No Claim Filed |
| 22. | Direct Tv | Unsecured |  | No Claim Filed |
| 23. | H&F Law | Unsecured |  | No Claim Filed |
| 24. | Legacy Visa | Unsecured |  | No Claim Filed |
| 25. | MacNeal Healthcare | Unsecured |  | No Claim Filed |
| 26. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kimble, Karen D

Printed: 10/22/08

Case Number: 07 B 20733
Judge: Wedoff, Eugene R
Filed: 11/6/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Montague, Castle & Legens Inc | Unsecured | | No Claim Filed |
| 28. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 29. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 30. | Suburban Surgical Assoc | Unsecured | | No Claim Filed |
| 31. | Greater Suburban Acceptance Co | Unsecured | | No Claim Filed |
| 32. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 33. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 34. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 19,094.76 | $ 1,477.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 102.70 |
| | $ 102.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

